UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AUGUST IMAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACES PLUS LASER AND SKIN,<br><br>Defendant. | Case No.: 25-CV-43 TWR (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 9) |
|---|---|

Presently before the Court is Plaintiff August Image, LLC's and Defendant Faces Plus Laser and Skin's Joint Motion to Dismiss. ("Jt. Mot.," ECF No. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 7.2, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, Plaintiff's claims are **DISMISSED WITH PREJUDICE**, and each Party shall bear its own costs and fees. (*See* Jt. Mot. at 1, 2.) The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: May 12, 2025

_____
Honorable Todd W. Robinson
United States District Judge